

January 3, 2021

Hon. Mae A. D'Agostino
U.S. District Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway, 1st Floor
Albany, NY 12207

  Re: *United States v. Haviaropoulos* (16-cr-73)

Dear Judge D'Agostino:

 Please let this letter serve as a request on behalf of Defendant that sentencing proceedings scheduled for January 26, 2021 be adjourned for ninety (90) days along with related deadlines. ███████████████████████████████████████████████████████████████████████████████████ .

 Please do not hesitate to contact me should you have any questions or concerns.

      Respectfully submitted,

      **CAPEZZA HILL, LLP**

    By: */s/ Benjamin W. Hill*
      Benjamin W. Hill

cc: Daniel Hanlon, Esq. (Via ECF)