

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*   *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

March 15, 2021

**VIA ECF**
Hon. Mae A. D'Agostino
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:   *United States v. Hilario Renato Mendoza Beltran*
      Docket No. 1:16-CR-73 (MAD)

Dear Judge D'Agostino:

The parties respectfully jointly request a sixty (60)-day adjournment of the sentencing proceeding in the above-referenced case currently scheduled for April 2, 2021, and a corresponding extension of the deadline to file sentencing memoranda in this case, currently scheduled for March 15, 2021.

The parties thank the Court for its consideration in this matter.

Respectfully submitted,

ANTOINETTE T. BACON
Acting United States Attorney

By:   */s/ Emmet J. O'Hanlon*
      Emmet J. O'Hanlon
      Assistant United States Attorney
      Bar Roll No. 519779

cc:   Julio Hernandez, III, Esq. (via ECF)