**CAPEZZA HILL, LLP**
ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

April 6, 2021

Hon. Mae A. D'Agostino
U.S. District Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway, 1st Floor
Albany, NY 12207

      Re:   *United States v. Haviaropoulos* (16-cr-73)

Dear Judge D'Agostino:

    Please let this letter serve as a request on behalf of Defendant that sentencing proceedings scheduled for Mary 4, 2021 be adjourned for ninety (90) days. AUSA Dan Hanlon consents to this request.

    Please do not hesitate to contact me should you have any questions or concerns.

                      Respectfully submitted,

                      **CAPEZZA HILL, LLP**

            By:    */s/ Benjamin W. Hill*
                      Benjamin W. Hill

cc: Daniel Hanlon, Esq. (Via ECF)