# EXHIBIT 2



MINISTRY OF FOREIGN AFFAIRS
General Office of Legal Affairs

**JUN. 28, 2019**

**RECEIVED**

Time: .............................

*Year of the fight against corruption and impunity"*

INTERNATIONAL LEGAL COOPERATION
AND EXTRADITION UNIT

**OFFICIAL LETTER No.** *7565*-2019-MP-FN-UCJIE (EXT266-2016)
(Please reference when responding)

Lima, **JUN. 25, 2019**

MINISTRY OF FOREIGN AFFAIRS
Document and File Management Office
RECEPTION DESK

**JUN. 27, 2019**

**RECEIVED**

Time: *3:49* .............. *[Illegible initials]*

Mr.
**ELMER LÓPEZ CHIRINOS**
Director of the Office of Legal Cooperation
Ministry of Foreign Affairs
Hand-delivered.-

Reference: Official Letter RE(OCJ) No. 4-3-A/2232 of October 20, 2017

It is my honor to write to you in order to inform you that the Peruvian Government has decided to grant the request for extradition from Peru of Peruvian citizen **HILARIO PATRICIO RENATO MENDOZA BELTRÁN.** This decision was made in Supreme Resolution No. 131-2019-JUS, which was published in Peru's official gazette, El Peruano, on June 25, 2019. This extradition was requested by the United States of America, in order for the requested person to stand trial for the crime of conspiracy to possess cocaine with the intent to distribute it and other crimes. The resolution stipulates that prior to the surrender of the requested person, the United States of America must provide assurances that he will receive credit for any time that he has spent in custody because of the extradition proceedings in Peru, pursuant to Article 517(3)(c) of the Peruvian Code of Criminal Procedure. Furthermore, the United States of America must provide assurances that the requested person's health will be protected during his transfer and during his stay in that country.

In connection with this matter, please communicate the aforementioned decision to the appropriate authority in the United States, **IN AN URGENT MANNER,** and please ask that authority to provide the assurances referred to above, **within 30 days**, pursuant to Article 521-B(2) of the Code of Criminal Procedure. Once this requirement has been satisfied, the process of carrying out the extradition will begin.

I take this opportunity to renew to you the assurances of my consideration.

Sincerely,

*[Illegible]*
*28/6*

Ext. No. 266-16
CGR/sch



.......*[Illegible signature]*....
*Celia Esther Goicochea Ruiz*
Incumbent District Attorney
Director of the International Legal
Cooperation and Extradition Unit at
the Office of the Attorney General
of Peru

MFA **RECEPTION DESK**
**R E C E I V E D**
CODE
Person or entity responsible for processing *4-3/1484*
*[Illegible]*  **JUN. 27, 2019**
Copies for informational purposes
1 _____
2 _____ *[Illegible]*
Comments

[Ink stamp]
OFFICE OF THE ATTORNEY GENERAL OF PERU
REPUBLIC OF PERU
International Legal Cooperation
and Extradition Unit

(511) 625-5555 · 208-5555
Extensions: 6020 · 5012 · 6021 · 5049 (Fax)
Av. Abancay Cdra. 5 n/n Lima 1 – Perú
www.fiscalia.gob.pe

**El Peruano**

Digitally Signed by:
EDITORA PERU
Date: 06/25/2019 04:28:08

It is necessary to appoint the person who will hold that position, because doing so serves the needs of this Ministry;

Pursuant to Law No. 29158, which is the Organic Law of the Executive Branch; Law No. 27594, which is the Law Regulating the Involvement of the Executive Branch in Naming and Appointing Public Officials; Law No. 30705, which is the Law on the Organization and Functions of the Ministry of Energy and Mines; and Supreme Decree No. 031-2007-EM, which sets forth the Regulations on the Organization and Functions of the Ministry of Energy and Mines and the amendments thereto;

IT IS HEREBY RESOLVED:

**Sole Article.** To appoint Miss Diana Angelica Tamashiro Oshiro to the position of Advisor to Senior Management at the Office of the Deputy Minister of Mines at the Ministry of Energy and Mines, which is deemed to be a position of trust.

For recording, distribution, and publication.

FRANCISCO ISMODES MEZZANO
Minister of Energy and Mines

**1782229-1**

**The appointment of the District Subprefect of El Cenepa, in the Province of Condorcanqui, in the Amazonas region, is terminated**

**DIRECTORIAL RESOLUTION
No. 048-2019-IN-VOI-DGIN**

Lima, June 21, 2019

HAVING REVIEWED: Report No. 000253-2019/IN/VOI/DGIN/DAP of June 21, 2019, issued by the Office of Political Authorities at the Internal Affairs Governance Bureau, and;

WHEREAS:

Legislative Decree No. 1266, which approves the Law on the Organization and Functions of the Ministry of Internal Affairs, establishes the area of responsibility, functions, and organizational structure of the Ministry of Internal Affairs. According to Article 5(5.2)(13) of that legislative decree, the specific functions of the Ministry of Internal Affairs include granting restraining orders and implementing measures that are essential to maintaining law and order, as well as managing and overseeing the roles of appointed political authorities nationwide;

According to Article 88 of the Regulations on the Organization and Functions of the Ministry of Internal Affairs, the Internal Affairs Governance Bureau is the entity responsible for managing and overseeing the actions of appointed political authorities;

According to Article 89(2) of the aforementioned Regulations, one of the functions of the Internal Affairs Governance Bureau is managing, appointing, removing, and accepting the resignations of Provincial Subprefects and District Subprefects, and assigning positions and duties to them, ensuring that the government has a presence throughout the territory of Peru;

In the above-referenced report, the Office of Political Authorities provides information to the Internal Affairs Governance Bureau and recommends that the appointment of the district political authority be terminated, according to the procedure established in the Regulations on the Organization and Functions of the Ministry of Internal Affairs, which were approved by Supreme Decree No. 004-2017-IN;

Pursuant to Law No. 29158, which is the Organic Law of the Executive Branch; Legislative Decree No. 1266, which sets forth the Law on the Organization and Functions of the Ministry of Internal Affairs; Supreme Decree No. 004-2017-IN, which approves the Regulations on the Organization and Functions of the Ministry of Internal Affairs; and Supreme Decree No. 006-2017-JUS, which approves the Amended and

Consolidated Text of Law No. 27444, which is the Law on General Administrative Procedure;

IT IS HEREBY RESOLVED:

**Article 1.-** To terminate the appointment of Mr. Denis Apikai Chimpa in the position of District Subprefect of El Cenepa, in the Province of Condorcanqui, in the Amazonas region.

**Article 2.-** To override any administrative provisions that may be contrary to this Resolution.

**Article 3.-** To provide notice of this Resolution to the Peruvian National Police Headquarters, the General Office for Human Resource Management at the Ministry of Internal Affairs, and the General Office for Administration and Finance at the Ministry of Internal Affairs.

For recording, distribution, and publication.

RAFAEL VARGAS MALAGA
General Director
Internal Affairs Governance Bureau

**1782218-1**

**The request for extradition from Peru of a Peruvian citizen, requested by the United States authorities, is granted**

**SUPREME RESOLUTION
No. 131-2019-JUS**

Lima, June 24, 2019

HAVING REVIEWED: Opinion No. 107-2018/COE-TPC of July 9, 2018, in which the deciding vote was cast by the Chair of the Official Commission on Extraditions and the Transfer of Sentenced Persons, regarding the request for extradition from Peru of Peruvian citizen HILARIO PATRICIO RENATO MENDOZA BELTRÁN, whose extradition was requested by the United States authorities in order for him to stand trial on the following charges: Count 1: conspiracy to possess cocaine with the intent to distribute it, and to distribute five kilograms or more of cocaine; and Count 2: conspiracy to launder money;

WHEREAS:

Article 37 of the Peruvian Constitution establishes that extradition may be granted only by the Executive Branch, after the Supreme Court of Justice of the Republic has issued an opinion, in accordance with the law and treaties;

Pursuant to Article 34(5) of the Amended and Consolidated Text of the Organic Law of the Judicial Branch, which was approved by Supreme Decree No. 017-93-JUS, and which is consistent with Article 26(6) of the Code of Criminal Procedure, requests for extradition to and from Peru are heard by the Criminal Chambers of the Supreme Court of Justice of the Republic;

In an Advisory Resolution issued on May 14, 2018, the Permanent Criminal Chamber of the Supreme Court of Justice of the Republic ruled in favor of the extradition from Peru of Peruvian citizen HILARIO PATRICIO RENATO MENDOZA BELTRÁN. His extradition was requested by the United States authorities, in order for him to stand trial on the following charges: Count 1: conspiracy to possess cocaine with the intent to distribute it, and to distribute five kilograms or more of cocaine; and Count 2: conspiracy to launder money (case file no. 51-2018);

According to Article 28(b) of Supreme Decree No. 016-2006-JUS, which establishes rules on the role of the courts and the government with respect to extraditions and the transfer of sentenced persons, the Official Commission on Extraditions and the Transfer of Sentenced Persons recommends to the Cabinet,

through the Ministry of Justice and Human Rights, whether or not to grant a request for extradition from Peru that has been forwarded by the court having jurisdiction;

Pursuant to Article 514(1) of the Code of Criminal Procedure, the government is responsible for deciding whether to grant extradition to or from Peru. The decision is made through a Supreme Resolution that is issued with the agreement of the Cabinet, after an opinion has been issued by the aforementioned Official Commission;

Opinion No. 107-2018/COE-TPC of July 9, 2018, in which the deciding vote was cast by the Chair of the Official Commission on Extraditions and the Transfer of Sentenced Persons, recommends granting the request for extradition from Peru of the requested person, in order for him to stand trial on the following charges: Count 1: conspiracy to possess cocaine with the intent to distribute it, and to distribute five kilograms or more of cocaine; and Count 2: conspiracy to launder money;

Pursuant to Article 517(3)(c), which is consistent with Article 522(1) of the Code of Criminal Procedure, prior to the surrender of the requested person, the requesting State must provide: (i) assurances that the requested person will receive credit for any time that he has spent in custody because of the extradition proceedings in the Republic of Peru; and (ii) assurances that the requested person's health will be protected during his transfer and during his stay in the United States of America, respectively;

According to Article XII of the Extradition Treaty between the United States of America and the Republic of Peru, the requested State, to the extent permitted under its law, may seize and surrender to the requesting State all articles, documents, and evidence connected with the offense for which extradition is granted;

In accordance with the Treaty, which was signed on July 25, 2001 and has been in force since August 25, 2003, and in accordance with the Peruvian Code of Criminal Procedure with respect to the proceedings in Peru and any matters not provided for in the Treaty;

By the power vested by Article 118(8) of the Peruvian Constitution; and

With the affirmative vote of the Cabinet;

IT IS HEREBY RESOLVED:

**Article 1.-** To grant the request for extradition from Peru of Peruvian citizen HILARIO PATRICIO RENATO MENDOZA BELTRÁN. His extradition was requested by the United States authorities, and the Permanent Criminal Chamber of the Supreme Court of Justice of the Republic ruled in favor of the extradition, in order for him to stand trial on the following charges: Count 1: conspiracy to possess cocaine with the intent to distribute it, and to distribute five kilograms or more of cocaine; and Count 2: conspiracy to launder money, in accordance with the treaty in force and the Peruvian laws applicable to the case.

**Article 2.-** To stipulate that prior to the surrender of the requested person, the United States of America must provide: (i) assurances that the requested person will receive credit for any time that he has spent in custody because of the extradition proceedings in the Republic of Peru; and (ii) assurances that the requested person's health will be protected during his transfer and during his stay in that country.

**Article 3.-** To proceed in accordance with Article XII of the Extradition Treaty between the United States of America and the Republic of Peru with respect to any property covered by this extradition request.

**Article 4.-** This Supreme Resolution is countersigned by the Minister of Justice and Human Rights and by the Minister of Foreign Affairs.

For recording, distribution, and publication.

MARTÍN ALBERTO VIZCARRA CORNEJO
President of the Republic

VICENTE ANTONIO ZEBALLOS SALINAS
Minister of Justice and Human Rights

NÉSTOR POPOLIZIO BARDALES
Minister of Foreign Affairs

1782295-4

---

**The request for extradition from Peru of a Bolivian citizen, requested by the Brazilian authorities, is granted, and his surrender is postponed until he has finished serving his sentence**

**SUPREME RESOLUTION**
**No. 132-2019-JUS**

Lima, June 24, 2019

HAVING REVIEWED: Opinion No. 028-2017/COE-TC of March 2, 2017, issued by the Official Commission on Extraditions and the Transfer of Sentenced Persons, regarding the request for extradition from Peru of Bolivian citizen WALTER ANTONIO MARTÍNEZ BAENY, whose extradition was requested by the Fourth Federal Court in the judicial district of Amapá in the Federative Republic of Brazil, in order for him to stand trial for the alleged crime of international drug trafficking;

WHEREAS:

Article 37 of the Peruvian Constitution establishes that extradition may be granted only by the Executive Branch, after the Supreme Court of Justice of the Republic has issued an opinion, in accordance with the law and treaties;

Pursuant to Article 34(5) of the Amended and Consolidated Text of the Organic Law of the Judicial Branch, which was approved by Supreme Decree No. 017-93-JUS, and which is consistent with Article 26(6) of the Code of Criminal Procedure, requests for extradition to and from Peru are heard by the Criminal Chambers of the Supreme Court of Justice of the Republic;

In an Advisory Resolution issued on September 29, 2016, the Temporary Criminal Chamber of the Supreme Court of Justice of the Republic ruled in favor of the extradition from Peru of Bolivian citizen WALTER ANTONIO MARTÍNEZ BAENY. His extradition was requested by the Fourth Federal Court in the judicial district of Amapá in the Federative Republic of Brazil, in order for him to stand trial for the alleged crime of international drug trafficking (case file no. 117-2016);

According to Article 28(b) of Supreme Decree No. 016-2006-JUS, which establishes rules on the role of the courts and the government with respect to extraditions and the transfer of sentenced persons, the Official Commission on Extraditions and the Transfer of Sentenced Persons recommends to the Cabinet, through the Ministry of Justice and Human Rights, whether or not to grant a request for extradition from Peru that has been forwarded by the court having jurisdiction;

Pursuant to Article 514(1) of the Code of Criminal Procedure, the government is responsible for deciding whether to grant extradition to or from Peru. The decision is made through a Supreme Resolution that is issued with the agreement of the Cabinet, after an opinion has been issued by the aforementioned Official Commission;

In Opinion No. 028-2017/COE-TC of March 2, 2017, the Official Commission on Extraditions and the Transfer of Sentenced Persons recommends granting the request for extradition from Peru of the requested person, in order for him to stand trial for the alleged crime of international drug trafficking;

The requested person was sentenced by the Peruvian Criminal Court for the crime of aggravated drug trafficking, which is a crime against the Peruvian Government, and that sentence will be completed on September 23, 2028. In this regard, as the Supreme Court of Justice of the Republic notes in its Advisory Resolution, the Peruvian Government has the authority to postpone the surrender of the requested person until such time as the legal proceedings have ended, or until the requested person has finished serving his sentence, pursuant to Article 21, third paragraph, subparagraph (c) of the Extradition Treaty between the Republic of Peru and the Federative Republic of Brazil;

In accordance with the Extradition Treaty between the Republic of Peru and the Federative Republic of Brazil, which was signed on August 25, 2003 and has been in force since June 30, 2006, and in accordance with the Peruvian Code of Criminal Procedure